**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 04-6484**

———————

TYRONE SHELTON,

                                        Plaintiff - Appellant,

        versus

CHARLES WILSON, Institutional Physician; MAJOR
YATES, Chief of Security at Wallens Ridge
State Prison; A. P. HARVEY, Assistant Warden
of Operations at WRSP; S. K. YOUNG, Warden at
Wallens Ridge State Prison,

                                        Respondents - Appellees,

        and

PAGE TRUE, Warden of Sussex I State Prison;
HERMAN M. SMITH, Health Services Director;
JOSEPH DRAPER, Institutional Optometrist; FRED
SCHILLING, Health Services Director,

                                        Respondents.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Claude M. Hilton, Chief
District Judge. (CA-02-627-AM)

———————

Submitted:  July 12, 2004          Decided:  August 5, 2004

———————

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

————————

Tyrone Shelton, Appellant Pro Se.  John David McChesney, RAWLS & MCNELIS, P.C., Richmond, Virginia; William W. Muse, Assistant Attorney General, Richmond, Virginia, for Appellees.

————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Tyrone Shelton appeals the district court's orders granting Defendants' motion for summary judgment on his 42 U.S.C. § 1983 (2000) complaint, and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Shelton v. Wilson, No. CA-02-627-AM (E.D. Va. filed Jan. 21, 2004 & entered Jan. 23, 2004; Mar. 1, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED